**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00693-CR

### RICHARD PIPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58792-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 30, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 22, 2014, we received the reporter's record and on November 24, 2014, we received the CD and DVD exhibits. Therefore, in the interest of expediting the appeal, we **VACATE** the October 30, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE